UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DATATERN, INC., <br><br> Plaintiff, <br><br> v. <br><br> MICROSTRATEGY, INC. *et al.*, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) Consolidated C.A. No. 11-cv-12220-RGS <br> ) <br> ) <br> ) <br> ) |

## AFFIDAVIT OF PHILLIP J. HAACK

I, Phillip J. Haack, depose and say:

1. I am an attorney with the firm of Fenwick & West LLP, with an office at 801 California Street, Mountain View, California 94041.  My office telephone number is (650) 988-8500.  My e-mail is phaack@fenwick.com.

2. I am a member of the Bar of the State of California and admitted to practice in all California State Courts as well as the United States District Court for the Northern District of California, Eastern District of California, Central District of California, Southern District of California, United States District Court for the Eastern District of Texas, and United States Court of Appeals for the Federal Circuit.

3. I am in good standing and there are no disciplinary proceedings pending against me as a member of the Bar in any jurisdiction in which I am admitted.

4. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

2

5. I have previously appeared in the United States District Court for the District of Massachusetts and am registered with this Court's electronic filing system.

SIGNED UNDER PENALTIES OF PERJURY THIS 21st DAY OF MARCH 2012.

                                            /s/ Phillip J. Haack
                                            PHILLIP J. HAACK
                                            [paper document bears original signature]

2093593.1