UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DATATERN, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:11-cv-12220-RGS |
| ) | |
| MICROSTRATEGY INC. ET AL., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**NOTICE TO COURT PURSUANT TO THE COURT'S JULY 5, 2012 ORDER**

This filing is made to provide notice to the Court on behalf of seven defendants in response to the Court's Electronic Order entered July 5, 2012, which granted the Customer Defendants' motion for a stay, conditioned on the Customer Defendants agreeing to be bound by the adjudication as to liability as to MicroStrategy. Defendants Epicor Software Corporation, Carl Warren and Company Incorporated, Lancet Software Development, Inc., Airline Reporting Corp., Teradata Corporation, Magic Software Enterprises, Inc., and Premier, Inc., hereby notify the Court that they wish to have the case stayed against them until the final adjudication of all claims against MicroStrategy in this case, and therefore stipulate and agree to be bound by the adjudication as to liability as to MicroStrategy.

This filing is further made on behalf of Defendant Informatica Corporation to advise the Court that it does not oppose or take any position with respect to the stay, because it is nearing completion of negotiations with Plaintiff DataTern, Inc. and expects to be dismissed from this action in the near future.

Dated: July 16, 2012                                     Respectfully submitted,

| EPICOR SOFTWARE CORPORATION,<br><br>By its attorneys,<br>/s/ Sarah S. Burg<br>Jeremy A. Younkin (BBO # 654047)<br>Sarah S. Burg (BBO # 683245)<br>FOLEY HOAG LLP<br>155 Seaport Boulevard<br>Boston, MA 02110<br>(617) 832-1000<br>sburg@foleyhoag.com<br><br>Of Counsel:<br>Stephen R . Buckingham (admitted *pro hac vice*)<br>LOWENSTEIN SANDLER PC<br>65 Livingston Avenue<br>Roseland, NJ 07068 | AIRLINES REPORTING CORPORATION<br><br>By its attorneys,<br>/s/ Dominic E. Massa<br>Dominic E. Massa (BBO # 564694)<br>Leslie S. Pearlson (BBO # 675454)<br>Wilmer Cutler Pickering Hale and Dorr LLP<br>60 State Street<br>Boston, MA 02109<br>(617)-526-6000<br>(617-526-5000<br>Dominic.Massa@wilmerhale.com<br>Leslie.Stierman@wilmerhale.com |
|---|---|
| CARL WARREN AND COMPANY INCORPORATED<br><br>By its attorneys,<br><br>*/s/Brian P. Voke*<br>Brian P. Voke (BBO# 544327)<br>Campbell Campbell Edwards & Conroy<br>Professional Corporation<br>One Constitution Center, 3rd Floor<br>Boston, MA 02129<br>Phone: (617) 241-3000<br>Fax: (617) 241-5115<br>Email: bvoke@campbell-trial-lawyers.com | TERADATA CORPORATION<br><br>By its attorneys,<br><br>/s/ Craig R. Smith<br>Craig R. Smith (BBO #636,723)<br>csmith@LALaw.com<br>Nathan T. Harris (BBO #675,533)<br>nharris@LALaw.com<br>LANDO & ANASTASI, LLP<br>Riverfront Office Park<br>One Main Street – 11th Floor<br>Cambridge, MA 02142<br>Telephone (617) 395-7000<br>Facsimile:  (617) 395-7070 |

| | |
|---|---|
| LANCET SOFTWARE DEVELOPMENT, INC.<br><br>By its attorneys,<br><br>By: /s/ Keiko L. Sugisaka<br>Justin H. Perl      (MN Bar # 151397)<br>Keiko L. Sugisaka (MN Bar #266152)<br>*Admitted pro hac vice*<br>**MASLON EDELMAN BORMAN & BRAND, LLP**<br>3300 Wells Fargo Center<br>90 South 7th Street<br>Minneapolis, MN  55402<br>Phone: (612) 672-8200<br>Fax: (612) 672-8397<br><br>and<br><br>Richard J. Rosensweig (BBO# 639547)<br>Derek B. Domian (BBO# 660568)<br>**GOULSTON & STORRS, P.C**.<br>400 Atlantic Avenue<br>Boston, MA 02110-3333<br>Phone: (617) 482-1776<br>Fax: (617) 574-4112 | PREMIER, INC.,<br><br>By its attorneys,<br><br><br>*/s/ Matthew E. Leno*<br>Sarah Chapin Columbia (BBO# 550155)<br>scolumbia@mwe.com<br>Matthew E. Leno (BBO# 657152)<br>mleno@mwe.com<br>Hasan M. Rashid (BBO# 672576)<br>hrashid@mwe.com<br>McDermott Will & Emery LLP<br>28 State Street<br>Boston, MA 02109-1775<br>Telephone: (617) 534-4000<br>Facsimile: (617) 535-3800 |
| MAGIC SOFTWARE ENTERPRISES. LTD. AND MAGIC SOFTWARE<br><br>By its attorney,<br>/s/ Steven M. Coyle<br>Steven M. Coyle (BBO #564189)<br>CANTOR COLBURN, LLP<br>20 Church St.<br>22nd Floor<br>Hartford, CT 06103<br>T (860) 286-2929<br>F (860) 286-0115 | INFORMATICA CORPORATION<br>By its attorneys,<br><br>/s/ Darren E. Donnelly<br>Heather B. Repicky (BBO # 663347)<br>Nutter, McClennen & Fish, LLP<br>Seaport West<br>155 Seaport Boulevard<br>Boston, MA 02210-2604<br>617-439-2192<br>Fax: 614-310-9192<br>Email: hrepicky@nutter.com<br><br>J. David Hadden, CSB No. 176148<br>(Admitted *pro hac vice*)<br>Email: dhadden@fenwick.com<br>Darren E. Donnelly, CSB No. 194335<br>(Admitted *pro hac vice*)<br>Email: ddonnelly@fenwick.com<br>Ryan A. Tyz, CSB No. 234895 |

|  | (Admitted *pro hac vice*) <br> Email: rtyz@fenwick.com <br> Phillip J. Haack, CSB No. 262060 <br> (Admitted *pro hac vice*) <br> Email: phaack@fenwick.com <br> FENWICK & WEST LLP <br> Silicon Valley Center <br> 801 California Street <br> Mountain View, CA  94041 |
|---|---|

## **CERTIFICATE OF SERVICE**

       I hereby certify that NOTICE TO COURT PURSUANT TO THE COURT'S JULY 5, 2012 ORDER, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this 16th day of July, 2012.

                                              /s/ Sarah S. Burg  
                                              Sarah S. Burg (BBO # 683245)