**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| DATATERN, INC.<br><br>             Plaintiff,<br><br>  v.<br><br>MICROSTRATEGY, INC. et al.,<br><br>Defendants. | Civil Action No.: 1:11-cv-12220-RGS |

## NOTICE OF WITHDRAWAL OF APPEARANCE OF NATHAN HARRIS

Pursuant to Local Rule 83.5.2(c), please withdraw my appearance on behalf of Defendant Teradata Corporation ("Teradata"), in the above-identified matter. Attorney Craig Smith of Lando & Anastasi LLP will continue to represent Teradata.

                                     Respectfully submitted,

                                       /s/ Nathan T. Harris
                                     Nathan T. Harris (BBO #675533)
                                     LANDO & ANASTASI LLP
                                     Riverfront Office Park
                                     One Main Street
                                     Cambridge, MA 02142
                                     Telephone:  (617) 395-7000
                                     Facsimile:  (617) 395-7070
                                     nharris@lalaw.com

**CERTIFICATE OF SERVICE**

  I hereby certify that on August 3, 2012, I electronically filed the foregoing NOTICE OF WITHDRAWAL OF APPEARANCE OF NATHAN HARRIS with the Clerk of Court using the CM/ECF system, which automatically sends email notification of such filings to registered participants.

               /s/ Nathan T. Harris
               Nathan T. Harris